Mathew K. Higbee, Esq. SBN 241380
Ryan E. Carreon, Esq., SBN 311668
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Suite 112
Santa Ana, CA 92705
(714) 617-8373
(714) 597-6559 facsimile
Email: mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorney for Plaintiff,*
LISA CORSON,

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LISA CORSON<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANDREW BUSCH AND KIM BUSCH d/b/a FOLDED HILLS WINERY; and DOES 1 through 10 inclusive,<br><br>　　　　Defendant. | Case No. 2:22-cv-06109<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECCORD:

　　PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a settlement in the above referenced case. The Parties have finalized the settlement agreement and Plaintiff requests that the parties be given 45 days in which to perform their obligations under the agreement at which time Plaintiff will file a dismissal.

Dated: October 4, 22　　　　　　　　　Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, Esq.
Cal. Bar No. 241380
**HIGBEE & ASSOCIATES**
1504 Brookhollow Dr., Ste 112
Santa Ana, CA 92705-5418
(714) 617-8373
(714) 597-6559 facsimile
*Counsel for Plaintiff*